# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:                                                       CASE NO.: 18-58056-bem

**Sherlinda Kei Roberts,**                                **CHAPTER 13**

    **Debtor.**

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of MTGLQ INVESTORS, L.P. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Andrea Betts, ESQ.**
**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                         RAS CRANE, LLC
                                         Attorney for Secured Creditor
                                         10700 Abbott's Bridge Road, Suite 170
                                         Duluth, GA 30097
                                         Telephone: 470-321-7112
                                         Facsimile: 404-393-1425

                                         By: /s/ Andrea Betts
                                         Andrea Betts, Esquire
                                         Georgia Bar Number 432863
                                         Email: abetts@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 10, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

**HOWARD P. SLOMKA**
**SLIPAKOFF & SLOMKA, PC**
**OVERLOOK III - SUITE 1700**
**2859 PACES FERRY RD, SE**
**ATLANTA, GA  30339**

**SHERLINDA KEI ROBERTS**
**4381 ASH TREE STREET**
**SNELLVILLE, GA  30039**

**MARY IDA TOWNSON**
**CHAPTER 13 TRUSTEE**
**191 PEACHTREE STREET, NE**
**SUITE 2200**
**ATLANTA, GA  30303-1740**

RAS CRANE, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/ Andrea Betts
Andrea Betts, Esquire
Georgia Bar Number 432863
Email: abetts@rascrane.com